UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES KLAUS, and MARY KLAUS,<br><br>   Plaintiffs,<br><br>   v.<br><br>AUTOMATED ACCOUNTS, INC., a Washington corporation,<br><br>   Defendant. | NO. 2:14-CV-0273-SAB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties in the above-captioned matter have filed a Stipulated Notice of Voluntary Dismissal, ECF No. 10. The parties ask that the case be dismissed with prejudice and without attorneys' fees or costs to any party.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Notice of Voluntary Dismissal, ECF No. 10, is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs to any party.

//
//
//
//
//

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order, provide copies to counsel, and **close** the file.
3      **DATED** this 8th day of May 2015.



                Stanley A. Bastian
              United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 2